1  Gidon M. Caine (SBN 188110)
   **ALSTON & BIRD LLP**
2  1950 University Avenue, Suite 430
   East Palo Alto, California 94303
3  Telephone:  (650) 838-2000
   Facsimile:  (650) 838-2001
4  gidon.caine@alston.com

5  Theodore J. Sawicki (*pro hac vice* forthcoming)
   Evan N. Glustrom (*pro hac vice* forthcoming)
6  **ALSTON & BIRD LLP**
   1201 West Peachtree Street, Suite 4900
7  Atlanta, GA 30309-3424
   Telephone:  (404) 881-7000
8  Facsimile:  (404) 881-7777
   tod.sawicki@alston.com
9  evan.glustrom@alston.com

10 Attorneys for Defendants
   Vince Birley, Mohammad Baki,
11 Vident Financial, LLC, and
   Vident Investment Advisory, LLC
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SHIRISH MALEKAR, an individual, | Case No.: |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| VINCE BIRLEY, an individual; MOHAMMAD BAKI, an individual; VIDENT FINANCIAL, LLC, a Limited Liability Company; VIDENT INVESTMENT ADVISORY, LLC, a Limited Liability Company; and DOES 1 – 50, inclusive, | *[Notice of Appearance; Civil Case Cover Sheet; Corporate Disclosure Statement and Certification of Interested Parties; Exhibits A-E filed concurrently herewith]* |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants Vince Birley, Mohammad Baki, Vident Financial, LLC, and Vident Investment Advisory, LLC (collectively "Defendants") hereby remove the above-titled action from the Superior Court of the State of California for the County of San Francisco ("State Court"), where the above-titled action ("Action") was filed, to the United States District Court for the Northern District of California. This Removal is based on Diversity Jurisdiction, pursuant to 28 U.S.C. §§ 1332(a)(1) and (c)(1), 1441(a), and 1446(a) and (b). The grounds for removal are as follows:

## I.   PLEADINGS AND PROCESSES

1. On or about July 18, 2022, Plaintiff Shirish Malekar ("Plaintiff") commenced the Action in the State Court by filing a complaint ("Complaint") entitled *Shirish Malekar v. Vince Birley*, et al., San Francisco Superior Court, Case No. CGC-22-600771. The allegations of the Complaint are incorporated into this Notice by reference without admitting the truth thereof.

2. Plaintiff served Defendants' counsel, Alston & Bird LLP, with the Summons and Complaint on August 29, 2022 by Notice of Acknowledgment and Receipt. [A true and correct copy of the Summons, Complaint, and Notice of Acknowledgments are attached as **Exhibit A**.]

3. Defendants timely signed the Notice of Acknowledgment of Receipt within 20 days of mailing, on September 19, 2022, thereby making September 19, 2022 the date service was effective. [*See* **Exhibit B**.]

4. Therefore, this Notice of Removal, filed on October 19, 2022, is timely filed pursuant to 28 U.S.C. §1446(b).

5. Venue lies in the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1446(a), and 84(c)(2). This Action was originally brought in the Superior Court of the State of California, County of San Francisco, and thus should be

1  removed to the San Francisco or Oakland Division of this Court per Civil Local Rules
2  3-2(c) and (d).

3      6. This is a civil action over which this Court has original
4  jurisdiction, and one in which Defendants may remove pursuant to the provisions of
5  28 U.S.C. §§ 1332(a) and 1441(b) to this Court, in that the matter in controversy
6  exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of
7  different states as described further below.

8      7. The first requirement for diversity jurisdiction is that the amount in
9  controversy must exceed the sum of $75,000, exclusive of interests and costs. 28
10 U.S.C. § 1332(a). Here, although Defendants deny that they are liable for any amount
11 of damages, the amount in controversy based on the claims and allegations in the
12 Amended Complaint exceeds $75,000. In addition to seeking recovery of punitive
13 damages, Plaintiff seeks general damages regarding options allegedly worth $250,000.
14 (Exbibit A (Complaint) p. 6, ¶ 40).

15      8. The second requirement, complete diversity of citizenship, is met
16 when all plaintiffs are diverse from all defendants. 28 U.S.C. § 1332(a)(1). Removal
17 of such an action is appropriate when no defendant is a citizen of the same state in
18 which the action was originally brought. 28 U.S.C. § 1441(a)-(b). For purposes of
19 diversity, a corporation is deemed to be a citizen of (1) the state under whose laws it is
20 organized; and (2) the state of its "principal place of business." 28 U.S.C. §
21 1332(c)(1). Here, the diversity requirements are met because all parties are residents
22 of different states.

23      9. Defendants are informed and believe, and on that basis allege, that
24 at the time of allegations and events set forth in the Complaint, Plaintiff was a citizen
25 of the State of California who was domiciled and resided in San Francisco, California.

26      10. At the time of commencement of the Action, Vince Birley was,
27 and still is, a citizen of the State of Georgia who is domiciled and resides in Marietta,
28 Georgia. *See* Declaration of Vince Birley attached as **Exhibit C**.

| | |
|---|---|
| 1 | 11. At the time of commencement of the Action, Mohammad Baki |
| 2 | was, and still is, a citizen of Ecuador who is domiciled and resides in Ecuador. *See* |
| 3 | Declaration of Mohammad Baki as **Exhibit D**. |
| 4 | 12. Vident Financial, LLC is a corporation organized under the laws of |
| 5 | Delaware, with its principal place of business in Alpharetta, Georgia. Vident |
| 6 | Financial, LLC is, therefore, a citizen of Delaware and Georgia for purposes of |
| 7 | diversity jurisdiction. *See* Exhibit C. |
| 8 | 13. Vident Investment Advisory, LLC is a corporation organized under |
| 9 | the laws of Delaware, with its principal place of business in Alpharetta, Georgia. |
| 10 | Vident Investment Advisory, LLC is, therefore, a citizen of Delaware and Georgia for |
| 11 | purposes of diversity jurisdiction. *See* Exhibit C. |
| 12 | 14. Plaintiff also avers that there are individual defendants involved in |
| 13 | alleged conspiracies with the defendants that are "currently unknown to Plaintiff" |
| 14 | (Exhibit A, ¶¶ 2-6), but the citizenship of unidentified individuals sued under fictitious |
| 15 | "Doe" names must be disregarded for purposes of removal jurisdiction. 28 U.S.C. § |
| 16 | 1441(b)(2). *See, e.g.*, *Gardiner Family, LLC v. Crimson Resource Mgmt. Corp.*, 147 |
| 17 | F. Supp. 3d 1029, 1036 (E.D. Cal. 2015) ("[W]here, as here, the charges against the |
| 18 | Does are so general that no clues exist as to their identity, citizenship, or relationship |
| 19 | to the action, the Court may disregard these fictitious defendants for jurisdictional |
| 20 | purposes."). |
| 21 | 15. All Defendants who have been served with summons have joined |
| 22 | in this notice of removal. |
| 23 | 16. On March 30, 2018, Plaintiff and Vident Financial, LLC entered |
| 24 | into a Confidential Separation Agreement and General Release ("Separation |
| 25 | Agreement"). *See* Separation Agreement attached as **Exhibit E**. The Separation |
| 26 | Agreement states in part that Plaintiff and Vident Financial, LLC "agree that any |
| 27 | litigation arising out of, concerning, or in connection with this Agreement shall occur |
| 28 | in the State of California. Both Parties hereby consent to jurisdiction of the federal or |

state courts of California for any such litigation or dispute.  Malekar consents to the personal jurisdiction of the federal and/or state courts in California." Exhibit E, ¶ 12.

17. Based on the foregoing, this Court has jurisdiction over the Action under the provisions of 28 U.S.C. § 1332, in that this Action involves a controversy which exceeds the value of $75,000, exclusive of interest and costs, and is between citizens of different States.  Accordingly, this Action is properly removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

## NOTICE TO STATE COURT

18. A true and correct copy of this Notice of Removal has been served on the Plaintiff and filed with the Clerk of the Superior Court of the State of California, County of San Francisco, as required by law.

Dated:  October 19, 2022        **ALSTON & BIRD LLP**

　　　　　　　　　　　　　　　　   /s/ Gidon M. Caine
　　　　　　　　　　　　　　　　Gidon M. Caine
　　　　　　　　　　　　　　　　Theodore M. Sawicki (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　Evan N. Glustrom (*pro hac vice* forthcoming)

　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　VINCE BIRLEY, MOHAMMAD BAKI,
　　　　　　　　　　　　　　　　VIDENT FINANCIAL, LLC, and
　　　　　　　　　　　　　　　　VIDENT INVESTMENT ADVISORY, LLC