Gidon M. Caine (SBN 188110)
**ALSTON & BIRD LLP**
755 Page Mill Road, Suite C-200
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

Theodore J. Sawicki (*pro hac vice)*
Matthew LaGrone (*pro hac vice)*
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
tod.sawicki@alston.com
matthew.lagrone@alston.com

*Counsel for Defendants*
*Vince Birley, Mohammad Baki,*
*Vident Financial, LLC, and*
*Vident Investment Advisory, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRISH MALEKAR, an individual, | Case Number: 4:22-cv-06187-HSG |
| Plaintiff | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| VINCE BIRLEY, an individual; MOHAMMAD BAKI, an individual; VIDENT FINANCIAL, LLC, a Limited Liability Company; VIDENT INVESTMENT ADVISORY, LLC, a Limited Liability Company; and DOES 1 – 50, inclusive, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Vince Birley, Mohammad Baki, Vident Financial, LLC, and Vident Investment Advisory, LLC ("Defendants") respectfully move to withdraw attorney Evan N. Glustrom (*pro hac vice*) as counsel of record in the above-captioned matter as Mr. Glustrom will no longer be employed by Alston & Bird LLP.

Counsel's withdrawal will not result in any delays as Defendants will continue to be represented by attorneys from Alston & Bird LLP who have entered appearances on this docket.

Accordingly, Defendants respectfully request that Mr. Glustrom be permitted to withdraw from this matter and be removed from the Court's service list for CM/ECF notices.

Dated: April 24, 2023

*/s/ Evan N. Glustrom*
Evan N. Glustrom

*Counsel for Defendants*
*Vince Birley, Mohammad Baki,*
*Vident Financial, LLC, and*
*Vident Investment Advisory, LLC*

## **CERTIFICATE OF SERVICE**

I, Evan N. Glustrom, hereby certify that on April 24, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Evan N. Glustrom*
Evan N. Glustrom

Gidon M. Caine (SBN 188110)
**ALSTON & BIRD LLP**
755 Page Mill Road, Suite C-200
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

Theodore J. Sawicki (*pro hac vice)*
Matthew LaGrone (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
tod.sawicki@alston.com
matthew.lagrone@alston.com

*Counsel for Defendants*
*Vince Birley, Mohammad Baki,*
*Vident Financial, LLC, and*
*Vident Investment Advisory, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRISH MALEKAR, an individual, | ) Case Number: 4:22-cv-06187-HSG |
| ) | |
| Plaintiff | ) **ORDER GRANTING MOTION TO** |
| v. | ) **WITHDRAW AS COUNSEL** |
| ) | |
| VINCE BIRLEY, an individual; | ) |
| MOHAMMAD BAKI, an individual; | ) |
| VIDENT FINANCIAL, LLC, a Limited | ) |
| Liability Company; VIDENT | ) |
| INVESTMENT ADVISORY, LLC, a | ) |
| Limited Liability Company; and DOES | ) |
| 1 – 50, inclusive, | ) |
| ) | |
| Defendants. | ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        This Court, having considered the Motion to Withdraw as Counsel of Vince
Birley, Mohammad Baki, Vident Financial, LLC, and Vident Investment Advisory,
LLC ("Defendants"), and good cause appearing, HEREBY ORDERS:

        Defendants' Motion to Withdraw as Counsel and removal from the Court's
Service List is GRANTED.

        Attorney Evan N. Glustrom is hereby withdrawn as Defendants' counsel of
record in the above-mentioned caption.  Defendants shall continue to be represented
in this matter by attorneys of the law firm Alston & Bird LLP.

        The Clerk of the Court is directed to remove Mr. Glustrom from the service
list in this matter and shall no longer send any notices of filing in this matter.

IT IS SO ORDERED

Dated: 4/25/2023

HONORABLE HAYWOOD S. GILLIAM,  JR.