UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRISH MALEKAR, | Case No. 22-cv-06187-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| VINCE BIRLEY, et al., | |
| Defendants. | |

A case management conference was held on May 23, 2023. Having considered the parties' proposals, *see* Dkt. No. 45, and subsequent statement, *see* Dkt. No. 48, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 23, 2023 |
| Close of Fact Discovery | February 14, 2024 |
| Exchange of Opening Expert Reports | March 15, 2024 |
| Exchange of Rebuttal Expert Reports | March 29, 2024 |
| Close of Expert Discovery | May 2, 2024 |
| Dispositive Motions and *Daubert* Motions Due | May 16, 2024 |
| Oppositions Due | May 30, 2024 |
| Replies Due | June 6, 2024 |
| Dispositive Motion Hearing Deadline | June 20, 2024 at 2:00 p.m. |
| Final Witness & Exhibit Lists Due | August 23, 2024 |
| Pretrial Conference | September 3, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | September 9, 2024, at 8:30 a.m. |

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 6/6/2023

*[Signature: Haywood S. Gilliam, Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge