1   Gidon M. Caine (SBN 188110)
    **ALSTON & BIRD LLP**
2   755 Page Mill Road, Suite C-200
    Palo Alto, CA 94304
3   Telephone: (650) 838-2000
    Facsimile: (650) 838-2001
4   gidon.caine@alston.com
5
    Theodore J. Sawicki (*pro hac vice*)
6   **ALSTON & BIRD LLP**
    1201 West Peachtree Street, Suite 4900
7   Atlanta, Georgia 30309-3424
    Telephone: (404) 881-7000
8   Facsimile: (404) 881-7777
    tod.sawicki@alston.com
9
10  Tania L. Rice (SBN 294387)
    **ALSTON & BIRD LLP**
11  560 Mission St, Suite 2100
    San Francisco, CA 94105-0912
12  Telephone: (415) 243-1000
    Facsimile: (415) 243-1001
13  tania.rice@alston.com
14
15  *Counsel for Defendants*
    *Vince Birley, Vident Financial, LLC, and*
16  *Vident Investment Advisory, LLC*
17
18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20  SHIRISH MALEKAR, an individual,          Case Number: 4:22-cv-06187-HSG

21              Plaintiff                    **ORDER GRANTING**
                                             **ADMINISTRATIVE MOTION TO**
22      v.                                   **SUBSTITUTE MATTHEW LAGRONE**
                                             **WITH TANIA LAUREN RICE AS**
23  VINCE BIRLEY, an individual; MOHAMMAD    **COUNSEL FOR DEFENDANTS**
    BAKI, an individual; VIDENT FINANCIAL, LLC, **[LOCAL RULE 7-11]**
24  a Limited Liability Company; VIDENT
    INVESTMENT ADVISORY, LLC, a Limited      Hon. Haywood S. Gilliam, Jr.
25  Liability Company; and DOES 1 – 50, inclusive,

26              Defendants.
27
28

1    Defendants filed an administrative motion seeking to withdraw Matthew LaGrone as counsel

2    for Defendants in this action, and substitute Tania Rice as counsel.  It is hereby ordered that Mr.

3    LaGrone may withdraw from this action and shall be removed from the Court's service list.  Ms. Rice

4    shall be added to the service list to receive all notices related to this action.

5         IT IS SO ORDERED.

6

7    Dated:    10/20/2023

8                                                    Haywood S. Gilliam, Jr.
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2